UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Vince Gaillard, | ) | Civil Action No. 5:17-cv-01731-MGL-KDW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

On June 30, 2017, Plaintiff, appearing through counsel, filed this action appealing denial of social security benefits. Defendant filed an answer and copy of the administrative record on November 2, 2017. ECF Nos. 9, 10. Plaintiff's brief in support of his appeal was due by December 4, 2017. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 9. To date, however, Plaintiff has not filed his brief, nor has counsel communicated with the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **December 27, 2017**. Plaintiff is advised that if he fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

December 11, 2017  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge